Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
## for the
### EASTERN District of __TEXAS__
### _____BEAUMONT_____ Division

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
FEB 1 2 2025
BY
DEPUTY_____

| | |
|---|---|
| DAVID R PETE/PRO SE | Case No. 1:25cv68 |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| -v- | Jury Trial: *(check one)* ☐ Yes ☒ No |
| U.S DEPARTMENT OF TREASURY/SECRETARY SCOTT BESSENT/DEPARTMENT OF JUSTICE/ATTORNEY GENERAL /PAM BONDI | |
| *Defendant(s)* | |

## COMPLAINT FOR A CIVIL CASE

**I.    The Parties to This Complaint**

   **A.   The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | DAVID R PETE |
   | Street Address | 6355 CHINN LN #2105 |
   | City and County | BEAUMONT JEFFERSON |
   | State and Zip Code | TEXAS 77708 |
   | Telephone Number | 4099980229/4092421918 |
   | E-mail Address | dpetedavidpete@yahoo.com |

   **B.   The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | DEPARTMENT OF TREASURY/U.S |
| Job or Title *(if known)* | SECRETARY /SCOTT BESSENT |
| Street Address | 1500 PENNSYLVANIA AVE ,NW |
| City and County | WASHINGTON,DISTRICT OF COLUMBIA |
| State and Zip Code | D,C |
| Telephone Number | 2026222000 |
| E-mail Address *(if known)* | CAREESITFForms@treasury.gov |

Defendant No. 2

| | |
|---|---|
| Name | DEPARTMENT OF JUSTICE |
| Job or Title *(if known)* | ATTORNEY GENERAL/PAM BONDI |
| Street Address | 950 PENNSYLVANIA AVENUE.NW |
| City and County | WASHINGTON,DISTRICT OF COLUMBIA |
| State and Zip Code | D,C 20530'0001 |
| Telephone Number | 2023531555 |
| E-mail Address *(if known)* | UNKNOWN |

Defendant No. 3

| | |
|---|---|
| Name | DAMIEN DIGGS |
| Job or Title *(if known)* | Attorney General |
| Street Address | 550 FANNIN Suite 1250 |
| City and County | BEAUMONT, TEXAS 77701 - JEFFERSON |
| State and Zip Code | TEXAS, 77701 |
| Telephone Number | (409) 839-2538 |
| E-mail Address *(if known)* | UNKNOWN |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question    [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

THESE ARE THE FEDERAL QUESTION OF VIOLATION OF FEDERAL CODE (1) 26U.S.CODE :6103/(which governs the confidentiality and disclosure of tax return information referred to as "PRIVACT ACT"(2) also in question is violation of 18 U.S CODE :1030 (COMPUTER FRAUD AND ABUSE ACT) (3) Also in question is violation of 5 U.S CODE :552a(PRIVACY ACT OF 1974)

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* DAVID R PETE , is a citizen of the State of *(name)* TEXAS .

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* N/A , is incorporated under the laws of the State of *(name)* N/A ,

    and has its principal place of business in the State of *(name)* N/A .

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

  b. If the defendant is a corporation

The defendant, *(name)* TREASURY/SECRETARY SCOTT BES , is incorporated under the laws of the State of *(name)* UNITED STATES OF AMERICA , and has its principal place of business in the State of *(name)* WASHINGTON ,D.C .
Or is incorporated under the laws of *(foreign nation)* N/A ,
and has its principal place of business in *(name)* N/A .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

 3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

THE AMOUNT AT STAKE I AM SEEKING AS DAMAGES FOR THE VIOLATION OF U.S CODES:18 U.S CODE :1030 AND 18 U.S CODE :552a ,26 U.S CODE:6103 .THE AMOUNT I SEEK AND DEMAND IS THE SUM TOTAL OF 50,000,000,000.00 PUNITIVE DAMAGES AND 50,000,000,000.00.COMPENSATORY FOR A TOTAL AMOUNT OF $100,000,000,000.00

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I DAVID R PETE A HUSBAND TO CECILE PETE (WIFE) OF 34 YRS AND FATHER TO TWO DAUGHTER KERRAH C PETE AND KENESHIA D PETE AND GRAND FATHER TO (7) GRAND CHILDREN AM A FORMER MEDICALLY /RETIRED EMPLOYEE OF THE DEPARTMENT OF JUSTICE OF 16 YRS .THIS SUIT IS BEING BROUGHT DUE TO THE RECENT VIOLATION OF THE GOVERNMENT VIOLATION OF U.S CODE 18 U.S :1030 AND 18 U.S CODE 552.a,26 U.S CODE:6103 THIS WAS ALSO BROUGHT DUE TO THE UNITED STATE GOVERNMENT UNLAWFUL AUTHORIZATION BY THE PRESIDENT DONALD J TRUMP OF THE UNITED STATE OF AMERICA DID AUTHORIZE UNELECTED PERSON ELON MUSK TO EVADE AND SEIZE ALL TREASURY DATA WHICH JEOPARDIZE MY IDENTITY

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I PRAY THAT THIS COURT FIND THAT THIS GOVERNMENT BE FOUND GUITY FOR IT VIOLATION OF ALL STATED VIOLATION AS STATED ABOVE IN SECTION (3) OF THIS COMPLAINT FORM U.S CODE 18 CODE 552.a AND 18U.S CODE :1030 AND U.S CODE:6103.ALL RELIEF I REQUEST THAT THIS COURT GRANT IN FULL THE SUM TOTAL OF 100,000,000,000.00.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 02/08/2025

Signature of Plaintiff: *David R Pete*
Printed Name of Plaintiff: DAVID R Pete

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____