IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| DAVID R. PETE, | § |
| *Plaintiff*, | § |
| v. | § CIVIL ACTION NO. 1:25-CV-00068-MJT |
| UNITED STATES DEPARTMENT OF TREASURY, UNITED STATES ATTORNEY GENERAL, and UNITED STATES ATTORNEY FOR THE EASTERN DISTRICT OF TEXAS, | § |
| *Defendants*. | § |

## FINAL JUDGMENT

Pursuant to the Order Overruling Plaintiff's Objections and Adopting the Report and Recommendation of the United States Magistrate Judge on this same date, it is CONSIDERED, ORDERED, and ADJUDGED that Plaintiff David R. Pete's claims are dismissed without prejudice in their entirety. All pending motions filed herein are DENIED AS MOOT and relief not specifically granted herein is DENIED. The clerk of the court is directed to CLOSE this case.

THIS IS A FINAL JUDGMENT.

SIGNED this 17th day of June, 2025.

Michael J. Truncale
United States District Judge