IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| DAVID R. PETE,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF TREASURY, UNITED STATES ATTORNEY GENERAL, and UNITED STATES ATTORNEY FOR THE EASTERN DISTRICT OF TEXAS,<br><br>*Defendants*. | § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 1:25-CV-00068-MJT-CLS |

**ORDER ADOPTING THE REPORT AND
RECOMMENDATION OF THE UNITED STATES
<u>MAGISTRATE JUDGE AND DECLARING PLAINTIFF VEXATIOUS LITIGANT</u>**

Pursuant to 28 U.S.C. § 636 and the Local Rules of Court for the Assignment of Duties to United States Magistrate Judges, the Court referred this proceeding to the Honorable Christine L. Stetson, United States Magistrate Judge, to conduct all pretrial proceedings, to enter findings of fact and recommend disposition on case-dispositive matters, and to determine non-dispositive matters.  *See* 28 U.S.C. § 636(b)(1); E.D. TEX. LOC. R. CV-72.

On November 20, 2025, the Court ordered *pro se* Plaintiff David R. Pete to show cause as to why he should not be declared a vexatious litigant in the Eastern District of Texas and subjected to a pre-filing injunction.  *See* [Dkt. 29].  Pursuant to that order, Judge Stetson conducted an in-person show-cause hearing with Plaintiff on January 6, 2026.  [Dkts. 33, 34].  Thereafter, on May 7, 2026, Judge Stetson issued a Report and Recommendation advising that the Court declare Plaintiff vexatious and impose a pre-filing injunction against him in the Eastern District of Texas.  *See* [Dkt. 36].

Plaintiff filed objections to the Report and Recommendation on June 2, 2026, [Dkt. 37], which was after his fourteen-day period to object expired.[1]  Despite this tardiness, Plaintiff did not move for leave to file late objections nor explain the lateness in his objections.  Accordingly, the Court reviews the Report and Recommendation for clear error,[2] and finds none.  Thus, it is hereby **ORDERED** that

(1) Plaintiff's improper motion [Dkt. 28] is **DENIED**;

(2) the Report and Recommendation [Dkt. 36] is **ADOPTED**; and

(3) Plaintiff is **DECLARED A VEXATIOUS LITIGANT** in the Eastern District of Texas.  An order imposing a district-wide pre-filing injunction will be issued in this case and apply to all future actions initiated by Plaintiff.

**SIGNED this 15th day of June, 2026.**

_____

Michael J. Truncale
United States District Judge

---

[1] Although signed by Judge Stetson on May 7, 2026, the Report and Recommendation was not mailed to Plaintiff until May 11, 2026.  Even with his extension for mailing, however, Plaintiff's objections were due on May 28, 2026.  Per the filing on the docket, he filed them in person on June 2.  *See* [Dkt. 37 at 1].

[2] The Court also reviewed the transcript of the show-cause hearing and Plaintiff's other filings from this case that are cited in Judge Stetson's Report and Recommendation.